**Samuel C. Lurie, Plaintiff-Appellant, v. Julia Dombroski, Defendant-Appellee.**

**Gen. No. 10,881. (Abstract of Decision.)**

Second District.

November 10, 1955.

Released for publication November 26, 1955.

Harry H. Ruskin, and Joseph Rosenbaum, for appellant; Ellis, Hamilton & Geister, for appellee. Opinion by JUSTICE CROW. Not to be published in full.